# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131140

ROSETTA WESTFALL and EDWARD
WESTFALL,
      Plaintiffs-Appellants,

v

DALE R. MCCRIRIE, D.O., and HILLSDALE
SURGICAL GROUP, P.L.C.,
      Defendants-Appellees.

SC: 131140
COA: 265386
Hillsdale CC: 05-000146-NH

_____/

On order of the Court, the application for leave to appeal the March 30, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

d0416

Clerk